JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA COLE, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CAVALRY PORTFOLIO SERVICES, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | **CASE NO.: CV14-08694 DSF (DHx)**<br><br>**ORDER** |

**TO ALL PARTIES AND THEIR COUNSEL:**

Based upon the parties' request, the Court hereby dismisses the above-captioned matter in its entirety with prejudice.

IT IS SO ORDERED.

*/s/ Dale S. Fischer*

DATED:　1/30/15

　　　　　　　　　　　　　　　JUDGE OF THE U.S. DISTRICT COURT